UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AISHA BRADLEY,

                          Plaintiff,

            -against-

CITY OF PHILADELPHIA; ET AL.,

                          Defendants.

24-CV-8206 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, a resident of Pennsylvania, filed this action *pro se* and *in forma pauperis* ("IFP"). She names 50 defendants, most or all of whom are in Pennsylvania, regarding events occurring in that state. (ECF 1.) By order dated November 12, 2024, the Court: (1) dismissed the action without prejudice for improper venue; (2) declined to transfer the matter in the interest of justice, in light of Plaintiff's history of filing complaints here, and attempting to remove complaints here, regarding events in Pennsylvania, notwithstanding orders advising her that venue was not proper here; (3) noted that the Court had warned Plaintiff that if she persisted in doing so the Court would consider issuing a filing injunction; and (4) ordered Plaintiff to show cause, within 30 days, why she should not be barred from filing further actions IFP in this Court without prior permission. (ECF 12.)

That same day, Plaintiff filed a motion to withdraw this action. (ECF 13.) On November 14, 2024, the Court: (1) denied Plaintiff's motion on the ground that it had already dismissed her complaint without prejudice for improper venue: (2) directed her to comply with the November 12, 2024 order to show cause, and (3) warned that if she failed to comply, the bar order would issue. (ECF 14.) Plaintiff has not filed a declaration as directed.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See id.* The Clerk of Court is directed to close this action and terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:    February 13, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge