UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AISHA BRADLEY,

      Plaintiff,

  -against-

CITY OF PHILADELPHIA; ET AL.,

      Defendants.

24-cv-8206 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 21, 2025
   New York, New York

        /s/ Laura Taylor Swain
         LAURA TAYLOR SWAIN
        Chief United States District Judge